A03A2321. THOMPSON v. THOMPSON et al.
(609 SE2d 170)

BLACKBURN, Presiding Judge.

In *Thompson v. Thompson*,[1] the Supreme Court of Georgia reversed the judgment of this Court in *Thompson v. Thompson*.[2] Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Ellington and Phipps, JJ., concur.*

---

[1] *Thompson v. Thompson*, 278 Ga. 752 (605 SE2d 30) (2004).

[2] *Thompson v. Thompson*, 264 Ga. App. 628 (591 SE2d 494) (2003).

DECIDED JANUARY 6, 2005.

*Reynolds & McArthur, Charles M. Cork*, for appellant.

*Weinberg, Wheeler, Hudgins, Gunn & Dial, John K. Train IV, Julye M. Johns*, for appellee.